UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

URSULA McCOMAS,

    Plaintiff,

    v.

ONE WEST BANK,

    Defendant.
_____/

No. C 10-1891 PJH

**ORDER DISMISSING CASE**

    The court having dismissed the complaint in the above-entitled action pursuant to 289 U.S.C. § 1915(e) for failure to state a claim, and plaintiff having failed to file an amended complaint by the June 14, 2010 deadline set in the order of dismissal, the action is hereby DISMISSED.

    Plaintiff's request for leave to proceed in forma pauperis is GRANTED.

**IT IS SO ORDERED.**

Dated: June 17, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge